# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Zuhdija Tricic**

    vs.                              **CASE NUMBER: 6:07-CV-997 (NAM)**

**Michael J. Astrue, Commissioner of Social Security**


**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED


That Defendant's Motion for Judgment on the Pleadings is DENIED, that Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and the Complaint is REMANDED to the Commissioner for further proceedings, the referral to a Magistrate Judge has been RESCINDED in this action, as such any appeal of this matter shall be taken to the Court of Appeals for the Second Circuit.


All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 24th day of August, 2010.


DATED: August 25, 2010

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk