RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

Som Ramrup
Special Assistant U.S. Attorney
Attorney for Defendant
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212)264-3650, ext. 206
som.ramrup@ssa.gov



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
ZUHDIJA TRICIC,

        Plaintiff,     :    STIPULATION AND ORDER

                                        07-CV-0997 (NAM/GHL)

   - v. -

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.
- - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay Peter W. Antonowicz, Esq., the sum of five thousand three hundred forty-seven dollars and forty-two cents ($5,347.42) in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in full satisfaction of any and all claims for attorney's fees and costs in connection with this action. Fees may be paid to Plaintiff's counsel if Plaintiff has executed an assignment and

Plaintiff owes no debt to the federal government that is subject to offset.

Dated: New York, New York
       October 8, 2010

        PETER W. ANTONOWICZ, ESQ.
        Attorneys for Plaintiff


By: /s/Peter Antonowicz, ESQ.
  PETER W. ANTONOWICZ, ESQ.
  148 W. Dominick Street
  Rome, New York  13440
  Telephone No.: (315) 337-4008

  RICHARD S. HARTUNIAN
  United States Attorney
  Northern District of New York
  Attorney for Defendant


By: /s/ Som Ramrup
  Som Ramrup
  Special Assistant United States Attorney


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE