# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

**ZUHDIJA TRICIC**

    vs.                  **CASE NUMBER: 6:07-CV-997 (NAM)**

**MICHAEL J. ASTRUE, COMMISIONER OF SOCIAL SECURITY**


**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Stipulation of parties on attorney's fees is approved, the Defendant shall pay Peter W. Antonowicz, Esq., the sum of $5,234.42 in Attorney Fee's pursuant to the Equal Access to Justice Act, 28 USC section 2412.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 15th day of October, 2010.

DATED: October 18, 2010

*[signature]*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk